RECEIVED
MAR 16 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GERALD CARR (#507319) | DOCKET NO. 15-cv-2630; SEC. P |
| VERSUS | JUDGE DRELL |
| TIM KEITH, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41.3 of the Local Rules of the Western District of Louisiana.

Additionally, the Court notes the copy of the report and recommendation mailed January 8, 2016 to Mr. Carr's last known address was returned to the Clerk of Court on January 19, 2016, marked "return to sender." More than thirty days have passed since January 19, 2016, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 16 day of March, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT